IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AARON BARRY COPELAND,

     Appellant,

  v.

Case No. 5D22-214
LT Case No. 21-CF-001914-A-X

STATE OF FLORIDA,

     Appellee.
_____/

Opinion filed May 23, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and
Susan A. Fagan, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED. *See Smith v. State*, 348 So. 3d 1208 (Fla. 5th DCA 2022).

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.